IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THOMAS H. PELLETIER, and DEBORAH J. SULLIVAN, individually and in their capacities as Co-Personal Representatives of the Estate of Shane Thomas Pelletier,<br><br>Plaintiffs,<br><br>vs.<br><br>KENDRA CHATTERLY, in her individual capacity; MINERAL COUNTY; and JANE AND JOHN DOES 1-10,<br><br>Defendants. | CV 24-129-M-KLD<br><br>ORDER |

Pursuant to the Court's prior order (Doc.16), the parties have filed a joint Stipulation for Dismissal with Prejudice. (Doc. 19). The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

//

//

1

The Clerk of Court is directed to close the case file.

DATED this 25th day of February, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge